## Wilkins *v.* Wilkins.

Fish, J. It does not, in view of the conflicting evidence contained in the record, appear that the court abused its discretion in granting the attachment for non-payment of alimony and attorney's fees. This court will

the more reluctantly interfere in such cases when, as in the present instance, the judge's order in effect reserved the right to revise the same, if the ends of justice should so require.

*Judgment affirmed.    All the Justices concurring.*

Argued June 25, — Decided August 4, 1897.

Attachment for contempt.    Before Judge Fite.    Catoosa county.    February 12, 1897.

*J. H. Anderson* and *R. J. & J. McCamy*, for plaintiff in error. *Payne & Payne*, contra.